ORIGINAL

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CABN 130238)
   Assistant United States Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
   Telephone: 415.436.6857
7  Facsimile: 415.436.7234
   Email:     patricia.kenney@usdoj.gov
8
   Attorneys for the United States
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12
                                     3  13  70710

13 | UNITED STATES OF AMERICA,    ) CRIMINAL NO.                LB
14 |         Plaintiff,           )
                                  ) NOTICE OF PROCEEDINGS ON
15 |     v.                       ) OUT-OF-DISTRICT CRIMINAL
                                  ) CHARGES PURSUANT TO RULES
16 | PAUL D. CARDWELL,            ) 5(c)(2) AND (3) OF THE FEDERAL RULES
                                  ) OF CRIMINAL PROCEDURE
17 |         Defendant.           )
                                  )
18 |_____)

19

20     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

21 Procedure that the above-named defendant was arrested based upon an arrest warrant (copy

22 attached) issued based on a petition charging Paul D. Cardwell with violating the terms of his

23 pretrial release by obtaining a United States passport under the name of Paul D. Sappington

24 (copy attached). At the time, Paul D. Cardwell had been charged in the District of Wyoming in

25 ///

26 ///

27 ///

28 ///

a 15 count indictment with conspiracy to commit mail and wire fraud, conspiracy to commit money laundering, mail fraud and wire fraud (copy attached).

Respectfully Submitted,

MELINDA HAAG
UNITED STATES ATTORNEY

Date: June 27, 2013

PATRICIA J. KENNEY
Assistant United States Attorney

-2-