**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 27, 2013

Office of the Clerk
U.S. District Court
District of Wyoming
2120 Capitol Avenue, Room 2131
Cheyenne, WY 82001-3658

| | |
|---|---|
| Case Name: | US-v-Paul D. Cardwell |
| Case Number: | 12-CR-81-F (our number 3:13-70710 LB) |
| Charges: | 13:1349 - Conspiracy to Commit Mail and Wire Fraud; |
| | 18:1956(h) - Conspiracy to Commit Money Laundering; |
| | 18:1341 - Mail Fraud; |
| | 18:1343 - Wire Fraud |

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Laurel Beeler.  The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
certified copy of Docket Sheet

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

/s/ M. Jenkins

by:  Mark Jenkins
Case Systems Administrator

Enclosures
cc: Financial Office

---
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____  **CLERK, U.S. DISTRICT COURT**

                                                                         **By** _____
                                                                                    **Deputy Clerk**